UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

-------------------------------------------------------

|  | : |  |
|---|---|---|
| KATHLEEN L. LARKIN, | : | CASE NO. 1:17-cv-1139 |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| vs. | : | OPINION AND ORDER |
|  | : | [Resolving Doc. 1] |
| COMMISSIONER SOCIAL SECURITY, | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

-------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On June 1, 2017, Plaintiff Kathleen Larkin filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny her applications for a period of disability and Disability Insurance Benefits.[1]  The Court referred the matter to Magistrate Judge Jonathan D. Greenberg.

On April 11, 2018, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") recommending that this Court vacate the Commissioner's final decision and remand the case for further proceedings.[2]  On April 25, the Commissioner notified the Court that it does not intend to object to the R&R.[3]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[4]  Failure to timely object waives a party's right to appeal the magistrate's report. [5]  So, where a party does not object to the R&R, a district court may adopt it without review.[6]

---

[1] Doc. 1.
[2] Doc. 15.
[3] Doc. 16.
[4] 28 U.S.C. § 636(b)(1)(C).
[5] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[6] *See Thomas*, 474 U.S. at 149–50.

Accordingly, in light of the Commissioner's decision not to object to the R&R in this case,

the Court **ADOPTS** Magistrate Judge Greenberg's R&R, incorporates it as if fully restated herein,

**VACATES** the Commissioner's final decision, and **REMANDS** the case for further proceedings

consistent with Magistrate Judge Greenberg's R&R.

IT IS SO ORDERED.


Dated:  May 3, 2018                                   *s/        James S. Gwin*
                                                      JAMES S. GWIN
                                                      UNITED STATES DISTRICT JUDGE